IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRADLEY JOSEPH PRUCHA,
    Plaintiff,

vs.      Case No.: 3:13cv146/RV/EMT

OFFICER L. PEADEN, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2014 (doc. 15).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 3rd day of March, 2014.

    /s/ *Roger Vinson*
    **ROGER VINSON**
    **SENIOR UNITED STATES DISTRICT JUDGE**